**ORIGINAL**

**RECEIPT FOR PAYMENT**

# United States Court of Appeals
# For The Federal Circuit

OFFICE OF THE CLERK

Received From _Kilpatrick Townsend & Stockton LLP_
(NAME)

_Atlanta, GA_
(ADDRESS)

_2/20/15_
(DATE)

## NON-APPROPRIATED ACCOUNT

| | AMOUNT |
|---|---|
| Admission Fee | |
| Filing Fee 15-120 | 500 00 |
| | |
| | |
| Duplicate Cert. of Admission | |
| | |
| | |
| | |
| | |
| | |
| | |

| Clerk ☐ | | TOTAL | 500 00 |
|---|---|---|---|
| Deputy Clerk ☐ JV 5725 | | | |
| ☐ | Cash ☐ | Check ☑ | MONEY ORDER ☐ |

29358      569396

Standard Register ®